**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAKAL BRUSAMTONE MAKFARSAN, | Case No. 1:26-cv-03087 JLT HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PAYMENT OF THE FILING FEE WITHIN THIRTY DAYS |
| v. | |
| ROB BONTA, et al., | |
| Defendants. | (Docs. 2, 8) |

Plaintiff Makal Brusamtone Makfarsan is a state prisoner proceeding pro se on his Complaint filed pursuant to 42 U.S.C. § 1983 on April 23, 2026. (Doc. 1.) That same day, Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2026, the assigned magistrate judge issued Findings and Recommendations to deny Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and order Plaintiff to pay the $405.00 filing fee in full to proceed with this action. (*See* Doc. 8.) Specifically, the assigned magistrate found that Plaintiff has accumulated more than three "strikes" and failed to demonstrate that he meets the imminent danger exception under 28 U.S.C. § 1915(g). (*Id.*) Plaintiff timely filed objections. (Doc. 10.)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and

Recommendations are supported by the record and proper analysis. Plaintiff's objections do not dispute that he has accumulated more than three "strikes," nor do they assert that he is in imminent danger. (*Id.*)

Thus, the Court **ORDERS**:

1.     The Findings and Recommendations filed on April 29, 2026 (Doc. 8) are **ADOPTED** in full.

2.     Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED.**

3.     Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the $405.00 to proceed with his action.

4.     Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:     **May 21, 2026**

UNITED STATES DISTRICT JUDGE

2